# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLESTON AND JONES, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UPONOR, INC., *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-01637-KJD-GWF<br><br>**ORDER** |

   Before the Court is the Motion for Stay (#38) filed by Defendants Uponor, Inc. and Uponor North America, Inc. (Collectively "Uponor Defendants").  Defendants Vanguard Piping Systems Inc., Viega, LLC, Viega, Inc., and Viega NA, Inc. (Collectively "Vanguard Defendants") filed a response.  Plaintiff Charleston and Jones, LLC and Copper Creek II, LLC filed a notice of non-opposition (#45).

   The Uponor Defendants moved for a stay of this action pending: 1) a ruling on a Motion to Transfer before the United States Judicial Panel on Multidistrict Litigation; and, 2) resolution of an appeal in Ninth Circuit Case No. 10-15439, which addresses issues pertinent to this case.  Similar cases pending in this District have been stayed pending the outcome of the MDL Panel decision and the appeal.

Plaintiffs did not oppose the Motion. The Vanguard Defendants requested that the stay be limited so that the Court could rule on the pending Motion to Sever Claims (#32). No party has objected to this request. The MDL Panel denied the request to transfer (#53) on February 9, 2012. However, Case No. 10-15439 is still pending before the Ninth Circuit.

Accordingly, **IT IS HEREBY ORDERED** that this action is **STAYED** pending the opinion and mandate in Ninth Circuit Case No. 10-15439, except as to the pending Motion to Sever Claims (#32).

DATED this 27th day of February 2012.

_____
Kent J. Dawson
United States District Judge

2